USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/5/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DESEAN J. OWENS,
                Plaintiff,

v.

IMAM MALIK KEDAR and ORANGE COUNTY,
                Defendants.
--------------------------------------------------------------x

**AMENDED ORDER OF SERVICE**

22 CV 6487 (VB)

Copies Mailed/Faxed 1/5/2023
Chambers of Vincent L. Briccetti

    Plaintiff, proceeding pro se and in forma pauperis, brings claims under 42 U.S.C. § 1983 for violations of his constitutional rights.

    On July 29, 2022, plaintiff filed the complaint. (Doc. #1).

    On September 16, 2022, the Court entered an order directing the U.S. Marshals Service to effect service on defendants Kedar and Orange County and extended plaintiff's time to serve under Rule 4(m) to 90 days after the date summonses were issued. (Doc. #7).

    On December 16, 2022, the U.S. Marshals Service docketed a Return of Service Unexecuted form as to Kedar. (Doc. #10)

    On December 21, 2022, the Court entered an order directing Orange County to provide the correct service address for Kedar. (Doc. #11).

    By letter dated January 3, 2022, Orange County has now provided an address for Kedar. (Doc. # 16).

    Accordingly, it is HEREBY ORDERED:

1.    The Clerk is instructed to fill out a U.S. Marshals Service Process Receipt and Return form for the defendant listed in the Appendix to this Order. The Clerk is further instructed to issue a summons listing the defendant and deliver to the Marshals Service all paperwork necessary for the Marshals Service to effect

service upon the defendant. The service address for the defendant is also appended to this Order.

2. Plaintiff's deadline pursuant to Fed. R. Civ. P. 4(m) to serve defendant Kedar is <u>sua sponte</u> extended to April 25, 2023.

3. In the interest of efficient case management, Orange County's pending motion to dismiss the complaint (Doc. #12) is DENIED WITHOUT PREJUDICE to renewal after defendant Kedar has been served. The Clerk is instructed to terminate the motion.

4. Orange County's deadline pursuant to Fed. R. Civ. P. 12 to respond to the complaint is stayed pending further order of the Court.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore <u>in forma pauperis</u> status is denied for the purpose of an appeal. <u>Cf.</u> <u>Coppedge v. United States</u>, 369 U.S. 438, 444-45 (1962).

Plaintiff also must notify the Court in writing if plaintiff's address changes, and the Court may dismiss the action if he fails to do so.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: January 5, 2023
White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge

APPENDIX

1) Imam Malik Kedar
   76 Uhlig Road, Apt. B016
   Middletown, NY 10940