```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DESEAN J. OWENS,                                  :
                Plaintiff,                        :
                                                  :             ORDER
v.                                                :
                                                  :             22 CV 6487 (VB)
IMAM MALIK KEDAR, and ORANGE                      :
COUNTY,                                           :
                Defendants.                       :
--------------------------------------------------------------x
```

Plaintiff, who is proceeding pro se and in forma pauperis, brings claims under 42 U.S.C. § 1983 for violations of his constitutional rights. (Doc. #1).

On September 16, 2022, the Court entered an Order of Service directing the U.S. Marshals Service to serve process on defendants Kedar and Orange County. (Doc. #7).

On December 16, 2022, the U.S. Marshals Service docketed a Return of Service Unexecuted form as to Kedar. (Doc. #10). On January 3, 2023, Orange Country provided a new service address for Kedar. (Doc. #16).

On January 5, 2023, the Court entered an amended Order of Service ordering the U.S. Marshals Service to effectuate service upon Kedar at the new address. (Doc. #20).

To date, there is no indication on the docket that Kedar has been served, although the Court has been informed that the Marshals Service is in the process of effecting service.

Accordingly, it is HEREBY ORDERED:

1. Plaintiff's deadline pursuant to Fed. R. Civ. P. 4(m) to serve defendant Kedar is sua sponte extended to June 30, 2023.

2. If the U.S. Marshals Service has not served defendant by the Court-ordered deadline, plaintiff should request an extension of time for service. See Meilleur v. Strong, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal.  Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: May 1, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge