UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DESEAN J. OWENS,

        Plaintiff,

v.

IMAM MALIK KEDAR and ORANGE COUNTY,

        Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 6487 (VB)

        On January 5, 2023, the Court stayed defendant Orange County's deadline to respond to the complaint so that defendant Kedar could be served with the summons and complaint. (Doc. #20).

        According to the Marshal's Process Receipt filed on March 29, 2024, Kedar was served on March 25, 2024. (Doc. #38).

        Accordingly, the docket now reflects that all defendants have been served, and the stay of the deadline to respond to the complaint is lifted. All defendants shall answer, move, or otherwise respond to the complaint (Doc. #1) by April 25, 2024.

        Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: April 4, 2024
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge