```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-13-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DESEAN J. OWENS,

              Plaintiff,

v.

IMAN MALIK KEDAR and ORANGE
COUNTY,

              Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 6487 (VB)

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

       On May 10, 2024, the Court's mailing to plaintiff of the Court's Order setting a briefing schedule for defendant Orange County's motion to dismiss dated April 26, 2024 (Doc. #44), was returned and marked "Return To Sender Attempted - Not Known Unable To Forward." The mailing was sent to plaintiff at Attica Correctional Facility, 639 Exchange Street, Attica, New York 14011, the mailing address listed on the docket. (See Doc. #18).

       The New York Department of Corrections and Community Supervision lists plaintiff's current mailing address as follows:

       DeSean J. Owens
       DIN#22B4445
       Sing Sing Correctional Facility
       354 Hunter Street
       Ossining, NY 10562

       The Clerk is instructed to update plaintiff's address accordingly. Plaintiff is reminded that it is his obligation to update the Court in writing if his address changes. If he fails to do so, the case will be dismissed for failure to comply with a Court order or for failure to prosecute. See Fed. R. Civ. P. 41(b).

       Chambers will mail a copy of this Order, as well as copies of defendant Orange County's motion to dismiss, the Court's Order dated April 26, and the County's letter to the Court dated April 29 (Docs. ##40–46), to plaintiff at his current address.

       In addition, the Court sua sponte extends the deadline for plaintiff to file an opposition to defendant Orange County's motion to dismiss to **June 12, 2024**. Defendant Orange County's reply, if any, is due **June 26, 2024**.

Dated: May 13, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge