UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DESEAN J. OWENS,
               Plaintiff,

v.

IMAN MALIK KEDAR and ORANGE
COUNTY,
               Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 6487 (VB)

      On April 25, 2024, defendant Orange County moved to dismiss the complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). (Doc. #40). On May 13, 2024, the Court ordered plaintiff to file an opposition to defendant Orange County's motion to dismiss by June 12, 2024. (Doc. #47). To date, plaintiff has not done so.

      In addition, on May 17, 2024, defendant Kedar Abdul Malik moved to dismiss the complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). (Doc. #48). Plaintiff also has not filed any opposition to that motion.

      Accordingly, it is hereby ORDERED:

1. Plaintiff's deadline to file an opposition to both defendants' motions is <u>sua sponte</u> extended to **July 15, 2024**. Plaintiff shall file **one** memorandum of law in opposition that addresses both motions to dismiss, not to exceed twenty-five pages. Plaintiff is expected to review the Motions Guide and follow the instructions therein.

2. Defendants' replies, if any, are due **August 5, 2024**.

      Chambers will mail a copy of this Order, as well as a copy of defendant Orange County's motion, defendant Malik's motion, and the Motions Guide, to plaintiff at the address listed below:

      DeSean J. Owens
      DIN #22B4445
      Sing Sing Correctional Facility
      354 Hunter Street
      Ossining, NY 10562

1

Chambers will also mail a copy of this Order to defendant Malik at the address listed below:

Kedar Abdul-Malik
1107 North Avenue
Plainfield, NJ 70762

Dated: June 17, 2024
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge