Copies Mailed/Faxed 7/19/24
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DESEAN J. OWENS,

                Plaintiff,

v.

IMAN MALIK KEDAR and ORANGE
COUNTY,

                Defendants.

------------------------------------------------------------x

**ORDER**

22 CV 6487 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/24

On April 25, 2024, defendant Orange County moved to dismiss the complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). (Doc. #40). On May 13, 2024, the Court extended until June 12, 2024, plaintiff's deadline to file an opposition to the motion to dismiss. (Doc. #47).

In addition, on May 17, 2024, defendant Kedar Abdul Malik moved to dismiss the complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). (Doc. #48).

As of June 17, 2024, plaintiff had not filed an opposition to either of defendant's motions, and the Court <u>sua</u> <u>sponte</u> extended plaintiff's deadline to respond to both motions to July 15, 2024. (Doc. #52). To date, plaintiff has not filed an opposition to either motion.

Accordingly, it is hereby ORDERED:

1. Plaintiff's deadline to file an opposition to both defendants' motions is <u>sua</u> <u>sponte</u> extended to **August 16, 2024.** Plaintiff shall file **one** memorandum of law in opposition that addresses both motions to dismiss, not to exceed twenty-five pages. Plaintiff is expected to review the Motions Guide previously sent to him and follow the instructions therein. If plaintiff no longer intends to pursue this case against defendants, plaintiff shall file a letter stating as such by **August 16, 2024.**

2. Defendants' replies, if any, are due **September 6, 2024**.

3. If by August 16, 2024, plaintiff either fails to file his opposition to the motions or does not seek an extension of time to do so, the Court will deem the motions fully submitted and unopposed.

Chambers will mail a copy of this Order to plaintiff at the address listed below:

1

DeSean J. Owens
DIN #22B4445
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

Chambers will also mail a copy of this Order to defendant Malik at the address listed below:

Kedar Abdul-Malik
1107 North Avenue
Plainfield, NJ 70762

Dated: July 18, 2024
       White Plains, NY                      SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

2