Copies Mailed/Faxed on 3-10-25
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DESEAN J. OWENS,

          Plaintiff,

v.

IMAM KEDAR ABDUL MALIK and
ORANGE COUNTY,

          Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 6487 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-10-25

    On July 29, 2022, plaintiff, who is proceeding pro se and in forma pauperis, commenced this action by filing a complaint. (Doc. #1).

    On November 14, 2024, the Court issued an Opinion and Order granting defendants' motions to dismiss the complaint. (Doc. #55). However, the Court granted plaintiff leave to file an amended complaint, by January 14, 2025.

    By Order dated January 28, 2025, the Court extended plaintiff's deadline to file an amended complaint until February 28, 2025. (Doc. #56).

    On March 7, 2025, the Court received plaintiff's amended complaint, which plaintiff delivered to prison authorities for mailing on February 18, 2025. The amended complaint will be separately docketed. The amended complaint names Malik and Orange County as defendants.

    Accordingly, it is hereby ORDERED: by April 10, 2025, defendants shall answer, move, or otherwise respond to the amended complaint.

    Chambers will mail a copy of this Order to plaintiff at the address on the docket. Chambers will also mail a copy of this Order, as well as a copy of the amended complaint, to defendant Malik at the address on the docket.

Dated: March 10, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge