USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DESEAN J. OWENS,

        Plaintiff,

v.

IMAM KEDAR ABDUL MALIK and
ORANGE COUNTY,

        Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 6487 (VB)

On March 7, 2025, the Court received plaintiff's amended complaint, which plaintiff delivered to prison authorities for mailing on February 18, 2025. (Doc. #57). The amended complaint named defendants Malik and Orange County. On April 2, 2025, Malik timely moved to dismiss the amended complaint. (Doc. #59). On April 4, 2025, Orange County timely moved to dismiss the amended complaint. (Doc. #62).

Accordingly, it is hereby ORDERED:

1. By **May 8, 2025**, plaintiff must file a single opposition to Malik's motion to dismiss and Orange County's motion to dismiss.

2. By **May 29, 2025**, Malik and Orange County must file replies, if any, to plaintiff's opposition.

3. The Clerk is directed to strike defendant Orange County Government Center from the docket. Orange County Government Center is the address of defendant Orange County and was added as a separate defendant in error. The only defendants in this case are Malik and Orange County.

4. The Clerk is directed to add the following address for Malik to the docket:

Imam Kedar Abdul Malik
1107 North Avenue
Plainfield, NJ 07062

1

Chambers will mail a copy of this Order to plaintiff at the address on the docket. Chambers will also mail a copy of this Order to Malik at the address listed above.

Dated: April 8, 2025
      White Plains, NY

                          SO ORDERED:

                          _____
                          Vincent L. Briccetti
                          United States District Judge