USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DESEAN J. OWENS,

          Plaintiff,

v.

IMAM KEDAR ABDUL MALIK and
ORANGE COUNTY,

          Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 6487 (VB)

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

      On. March 7, 2025, the Court received plaintiff's amended complaint, which plaintiff delivered to prison authorities for mailing on February 18, 2025. (Doc. #57). The amended complaint named defendants Malik and Orange County. On April 2, 2025, Malik timely moved to dismiss the amended complaint. (Doc. #59). On April 4, 2025, Orange County timely moved to dismiss the amended complaint. (Doc. #62).

      On April 8, 2025, the Court ordered plaintiff to file by May 8, 2025, a single opposition to defendant Malik's motion to dismiss and Orange County's motion to dismiss. (Doc. #67). It also ordered defendants to file by May 29, 2025, replies, if any, to plaintiff's opposition. (Id.).

      Plaintiff has not filed his opposition to defendants' motions to dismiss. On May 29, 2025, defense counsel for Orange County filed a reply affirmation noting plaintiff's failure to file an opposition and reiterating that his amended complaint should be dismissed in its entirety. (Doc. #68).

      Accordingly, it is hereby ORDERED:

1. The Court <u>sua sponte</u> extends plaintiff's deadline to oppose defendants' motions to dismiss to **June 23, 2025**. If plaintiff does not file an opposition by that date, the Court will not grant any further extensions and will deem the motions fully submitted.

2. If plaintiff does file a timely response, defendants shall file replies, if any, to plaintiff's opposition by **July 7, 2025**.

Chambers will mail a copy of this Order to plaintiff at the address on the docket. Chambers will also mail a copy of this Order to Malik at the address listed above.

Dated: May 30, 2025
      White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge