Copies Mailed/Faxed 7-10-25
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DESEAN J. OWENS,
                Plaintiff,

v.

                **ORDER**

                22 CV 6487 (VB)

IMAM KEDAR ABDUL MALIK and
ORANGE COUNTY,
                Defendants.
--------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/25

        On March 7, 2025, the Court received plaintiff's amended complaint, which plaintiff delivered to prison authorities for mailing on February 18, 2025. (Doc. #57). The amended complaint named defendants Malik and Orange County. On April 2, 2025, Malik timely moved to dismiss the amended complaint. (Doc. #59). On April 4, 2025, Orange County timely moved to dismiss the amended complaint. (Doc. #62).

        On April 8, 2025, the Court ordered plaintiff to file by May 8, 2025, a single opposition to defendant Malik's motion to dismiss and Orange County's motion to dismiss. (Doc. #67). It also ordered defendants to file by May 29, 2025, replies, if any, to plaintiff's opposition. (Id.). Plaintiff did not file his opposition to defendants' motions to dismiss by May 8, 2025.

        On May 30, 2025, the Court sua sponte extended plaintiff's deadline to oppose defendants' motions to dismiss by June 23, 2025. (Doc. #71). In that Order, the Court informed the parties it would not grant any further extensions and it would declare the case fully submitted if plaintiff failed to submit his opposition by June 23, 2025. (Id.). Plaintiff has not filed his opposition.

        Accordingly, it is hereby ORDERED: the motions are fully submitted.

        Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: July 10, 2025
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge