**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
DESEAN J. OWENS,

                              Plaintiff,

           -against-                                            22 **CIVIL** 6487 (VB)

                                                               **JUDGMENT**

IMAM KEDAR ABDUL MALIK and ORANGE
COUNTY,

                              Defendants.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated December 22, 2025, Defendant Malik's motion is

GRANTED.  Defendant Orange County's motion is GRANTED.  The Court certifies pursuant to

28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and

therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United

States, 369 U.S. 438, 444–45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

           December 29, 2025

                                               **TAMMI M. HELLWIG**
                                        _____
                                               **Clerk of Court**

                              **BY:**        *K. mango*
                                        _____
                                               **Deputy Clerk**